```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUDITH ADELA FERNANDEZ MARTINEZ,

                         Plaintiff,                        25-CV-6401 (JMF) (KHP)

        -against-                        **ORDER ADJOURNING INITIAL**
                                                                **CASE MANAGEMENT**
QH HOLDINGS (OREGON), INC.,                      **CONFERENCE**

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Voluntary Dismissal filed on October 14, 2025 (doc. no 9) the Initial Case Management Conference currently scheduled for **October 30, 2025**, is hereby adjourned *sine die*.

       SO ORDERED.

DATED:    New York, New York
              October 15, 2025

                                                      _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge